UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5576BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING DEFENDANT'S SUPPLEMENTAL SENTENCING EXHIBITS |
| CHARLEY DANIEL PARKER, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Defendant's Supplemental Sentencing Exhibits and attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Supplemental Sentencing Exhibits and attachments thereto, are to be sealed.

DONE this 16th day of July, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ *Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**